IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FELICA WHEAT, o/b/o C.N.W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 3:11-CV-620-WKW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On July 31, 2012, the Magistrate Judge filed a Recommendation (Doc. # 16) to which the Defendant objected (Doc. # 18). After an independent and *de novo* review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. Defendant's Objection is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 16) is ADOPTED as the opinion of this court; and

3. The decision of the Commissioner is REVERSED and REMANDED to the Commissioner for further proceedings consistent with this opinion.

DONE this 26th day of September, 2012.

                                        /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE